IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GERALD CLEVENGER JR., ) | |
| ) | |
| Plaintiff, ) | 4:06CV3218 |
| ) | |
| v. ) | |
| ) | |
| ALLTEL COMMUNICATIONS, Inc., ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

Accordingly,

IT IS ORDERED:

(1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and provide a draft order which will fully dispose of the case to the undersigned magistrate judge.

(2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)  This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 20th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge